LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| MYGUAL HERNANDEZ ALLEN JACKSON,<br><br>   Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,[1] Commissioner of Social Security,<br><br>   Defendant. | No: 2:22-07835-GJS<br><br>**PROPOSED ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND FOUR HUNDRED AND THIRTY DOLLARS AND 64/100 ($6,430.64) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: February 1, 2024

_____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)."